UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
In re:

LEHMAN BROTHERS SECURITIES AND                                    09-md-2017 (LAK)
ERISA LITIGATION

This document applies to:

*American National Insurance Co. v. Fuld*, 09-cv-2363 (LAK)
*Arthur N. Abbey v. Ernst & Young LLP*, 11-cv-4278 (LAK)
*Retirement Housing Foundation v. Fuld*, 10-cv-6185 (LAK)
*Starr Int'l U.S.A. Invests. LC v. Ernst & Young LLP*, 11-cv-3745 (LAK)
------------------------------------------------x

**PRETRIAL ORDER NO. 100**

LEWIS A. KAPLAN, *District Judge.*

      The Court is in receipt of three letters addressing the impact of the Supreme Court's recent decision in *Omnicare Inc. v. Laborers District Counsel Construction Industry Pension Fund*[1] on the pending motions for summary judgment in the above-captioned cases. The first [DI 1641], from counsel for defendant Ernst & Young ("EY") in the *American National Insurance Co.*, *Abbey*, and *Starr* actions, argues that *Omnicare* effectively confirmed the correctness of the standard previously adopted by this Court regarding proof of liability for opinion statements under Section 11 of the Securities Act of 1933.[2] Another letter, sent by counsel for EY in *Retirement Housing Fund* [DI 1643], joins in these arguments.

      A third letter, from counsel for plaintiffs in the *Starr* action [DI 1642], disputes EY's assertions. By contrast, plaintiffs request "[i]n light of *Omnicare* and the complicated and extensive record before the Court on EY's motion for summary judgment . . . the opportunity to brief fully the impact of the Supreme Court's recent actions on the pending motion."[3]

      In all the circumstances, the Court believes that additional briefing is appropriate. EY shall file a single consolidated memorandum addressing the significance of *Omnicare* with respect to its summary judgment motions no later than May 1, 2015. Plaintiffs may respond by filing a single consolidated memorandum no later than May 22, 2015. Defendants may file a single consolidated reply memorandum no later than June 5, 2015. Neither EY's nor plaintiffs' memorandum shall exceed twenty-five pages. Any reply

---

[1] No. 13-435 (S. Ct. Mar. 24, 2015).

[2] 15 U.S.C. § 77k(a). *See also In re Lehman Bros. Sec. & ERISA Litig.*, 799 F. Supp. 2d 258, 302-03 (S.D.N.Y. 2011).

[3] DI 1632 at 5.

memorandum shall be limited to ten pages.

SO ORDERED.

Dated:     April 2, 2015

_____
Lewis A. Kaplan
United States District Judge